IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LISA MARLENE STOKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-008 |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On August 1, 2016, United States District Judge Dudley H. Bowen Jr., granted a reversal and remand pursuant to sentence four of 42 U.S.C. § 405(g) in the above-captioned social security appeal, and a judgment was entered in Plaintiff's favor. (Doc. nos. 18, 19.) Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), Plaintiff and Defendant, through their respective counsel, have stipulated and agreed that Plaintiff is entitled to $5,100.00 in attorney's fees and $15.39 in expenses.

Any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel, unless Plaintiff does not owe a federal debt. See Astrue v. Ratliff, 130 S. Ct. 2521, 2524 (U.S. 2010). If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA Fees and pay fees directly to Plaintiff's counsel.

It appearing to the Court that the award of attorney's fees is proper and the stipulated

and agreed to amount is fair and reasonable, the Courts **GRANTS** the parties' consent motion (doc. no. 20), and **ORDERS** that $5,100.00 in attorney's fees and $15.39 in expenses be awarded to Plaintiff under the EAJA.

SO ORDERED this 27th day of September, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA